# Court of Appeals
# of the State of Georgia

ATLANTA,____March 05, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1060. IN THE INTEREST OF L. D. S., a child.**

Appellant Daniel Steiner has filed a Motion to Remand Case Due to Premature Docketing. In the motion, Steiner requests that the case be remanded so that certain relevant documents requested in the notice of appeal but omitted from the appellate record will be prepared and transmitted by the trial court for completion of the appellate record.

The motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*____03/05/2015____
   *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
      *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*